UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| **CHRISTOPHER MACKENZIE,** | : |
| Plaintiff | : **CASE NO.:** 1:13-cv-00904 |
| v. | : **ORDER** |
| **THOMAS VITULLO-MARTIN,** | : |
| Defendant | : |

This matter having come before the Court on Counsel for Defendant's Motion to Substitute Party Defendant in this matter (Doc. 8), and the court being sufficiently advised in the premises, it is hereby ORDERED that Defendant's Motion (Doc. 8) is Granted and the Estate of Thomas Vitullo-Martin is hereby substituted as Party Defendant in this matter.

Dated: July 29, 2014

s/ Michael R. Barrett
UNITED STATES DISTRICT JUDGE

1